PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ELLIS E. EVANS,<br><br>                    Defendant. | Case No. 1:22-po-00205-SAB<br><br>[Citation #9336856, CA74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-

00205-SAB [Citation #9336856, CA74] against ELLIS E. EVANS, without prejudice, in the interest of

justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


DATED: April 19, 2023                          Respectfully submitted,

                                               PHILLIP A. TALBERT
                                               United States Attorney

                                    By:    /s/ *Chan Hee Chu*
                                               CHAN HEE CHU
                                               Special Assistant United States Attorney

1

1

2

**O R D E R**

3

4

    IT IS HEREBY ORDERED that Case No. 1:22-po-00205-SAB [Citation #9336856, CA74]

5

against ELLIS E. EVANS be dismissed, without prejudice, in the interest of justice.

6

IT IS SO ORDERED.

7

Dated:   **April 19, 2023**

8

          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2